JS-6
STAYED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DEKUI HOU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEJANDRO MAYORKAS, ET AL.,<br><br>　　　　　Defendants. | No. EDCV 22-1330-JGB-SPx<br><br>**ORDER RE:**<br>**JOINT STIPULATION TO STAY THE**<br>**CASE PENDING ADJUDICATION OF**<br>**APPLICATION**<br><br>Honorable Jesus G. Bernal<br>United States District Judge |

Having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that the instant action shall be stayed until April 20, 2023.

Dated: October 13, 2022

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE